**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY M.,[1] | Case No. 2:24-cv-06451-MAA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANK BISIGNANO,[2] Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

///

///

///

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Martin J. O'Malley as Defendant in this suit.

1    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social

2  Security is affirmed and this matter is dismissed with prejudice.

3

4  DATED: August 20, 2025    _____

5                                                HONORABLE MARIA A. AUDERO
                                                 UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2